# United States Court of Appeals
## For the First Circuit

No. 09-1629

JASON CLEMENTS,

Petitioner, Appellee,

v.

HAROLD W. CLARKE,

Respondent, Appellant.

**ERRATA SHEET**

The opinion of the court issued on January 20, 2010, is amended as follows:

On the cover sheet replace "Randal B. Ravitz" with "Randal E. Ravitz"
On page 18, line 2, replace "appellant" with "appellee'